**Judgment in Cause No. 14-07-00047-CV Affirmed, Appeal in Cause No. 14-10-01149-CV Dismissed, Opinion of December 9, 2010 in Cause No. 14-07-00047-CV Withdrawn, Opinion on Remand filed March 29, 2012, and Concurring Opinion on Remand filed June 21, 2012.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-07-00047-CV**
**NO. 14-10-01149-CV**

**MIGUEL ANGEL GONZALEZ GUILBOT, CARLOS A. GONZALEZ GUILBOT, AND MARIA ROSA DEL ARENAL DE GONZALEZ, Appellants**

**V.**

**MARIA DEL CARMEN GUILBOT SERROS DE GONZALEZ, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MIGUEL ANGEL LUIS GONZALEZ Y VALLEJO, LUIS AMADEO GONZALEZ GUILBOT, JOSE GUILLERMO GONZALEZ GUILBOT, CARMEN ISABEL GONZALEZ GUILBOT DE URIARTE, GERARDO GONZALEZ GUILBOT, JAVIER GONZALEZ GUILBOT, MADEIRA INTERNATIONAL LTD., FRANCEVILLE INTERNATIONAL LTD., ARKHANGEL INTERNATIONAL LTD., L&T AMERICAN CORPORATION, TG INTERAMERICA CORPORATION, Appellees**

**On Appeal from the Probate Court Number Two**
**Harris County, Texas**
**Trial Court Cause No. 344,157-401**

**CONCURRING OPINION ON REMAND**

I regret that the Supreme Court issued a mandate which usurps this court's jurisdiction to rule on the merits, and leaves appellants in a state of legal purgatory. However, I agree with my colleague's conclusion that under the present mandate this court has a ministerial duty to affirm the trial court's judgment.

On this record, the parties do not dispute the fact that appellants' issues on appeal should be considered on the merits. Therefore, I do not join in any dispositional language that would impair or prejudice appellants' statutory and substantive right to comprehensive analysis and disposition of each issue on the merits. Accordingly, I respectfully request that the Supreme Court clarify its mandate and allow or instruct this court to address appellants' issues as prescribed in Rule 47.1, Texas Rules of Appellate Procedure.

/s/        Charles W. Seymore
           Justice

Panel consist of Justices Frost, Seymore, and Jamison. (Jamison, J., not participating). (Frost, J., Opinion on Remand).